UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

JEREMIE SAINTVIL, on his own
behalf and on behalf of those similarly
situated,

      Plaintiff,

                                      CASE NO.: 1:12-cv-24121-JAL

vs.

APPLE COMPUTER INC., a Foreign
Profit Corporation, AKA APPLE INC.

      Defendants.      /

## NOTICE OF FILING PLAINTIFF'S STATEMENT OF CLAIM

Pursuant to this Court's Notice of Court Practice in FLSA Cases dated November 28, 2012, [DE 5], Plaintiff hereby gives Notice of filing the following Statement of Claim:

## STATEMENT OF CLAIM

Because the litigation of this matter is ongoing and Defendant has yet to provide Plaintiff with complete and accurate records of Plaintiff's hours worked, the following information represents an estimate based on Plaintiff's recollection of his regular schedule and extra hours worked during his employment with Defendant. These estimates may vary depending on the information obtained during the discovery phase of this matter, including a review of any and all pay and unmodified time records in Defendant's possession and the deposition testimony of Apple Computer Inc. a/k/a Apple Inc.'s Corporate Representative, and any fact witnesses that are deposed in this case. Accordingly, Plaintiff states the following:

Plaintiff was employed with Defendant from approximately October 21, 2010 until June 4, 2012 as an hourly paid employee. During the period of time relevant in this case[1], Plaintiff was first paid a regular hourly rate of $38.46 per hour and then later on was paid $39.66 per hour, but was not compensated for all of his hours worked over forty (40). With the exception of approximately 8 weeks in November and December, 2010, Plaintiff estimates that he worked approximately ten (10) overtime hours each work week for which he was not compensated. Accordingly, Plaintiff alleges he is entitled to additional compensation for an additional ten (10) overtime hours each work week. Plaintiff is without the benefit of records from Defendant at this time that would assist him in calculating his damages with more certainty, however according to the best estimate Plaintiff can make at this time, Plaintiff's damages are **$38,168.20** (unliquidated), or **$76,336.40** (liquidated), based on the following calculations[2]:

I. **OVERTIME HOURS OWED**[3]**:**

- $38.46 (Regular Rate) x 1.5 = $57.69 (OT rate) x <u>10</u> OT hours/week x 36 weeks = $20,768.40 (unliquidated), **PLUS** $39.66 (Regular Rate) x 1.5 = $59.50 (OT rate) x <u>10</u> OT hours/week x 37 weeks = $22,015.00 (unliquidated).

- **The total for the above weeks is $42,783.40.  Subtracting the 8 weeks for which Plaintiff did not work in November/December 2010 ($4,615.20), Plaintiff is owed a total of $38,168.20 unliquidated, or $76,336.40 liquidated.**

---

[1] From approximately October 21, 2010 through June 4, 2012 – approximately 73 weeks.
[2] Plaintiff reserves the right to amend this statement of claim once records are received from Defendant.
[3] Assuming an additional ten (10) hours of overtime a week are owed, a rate of $38.46/hr is applicable for the first 36 weeks of Plaintiff's employment and a rate of $39.66/hr is applicable for the remaining 37 weeks of Plaintiff's employment.

2

Therefore, Plaintiff is seeking full payment of all actual overtime wages owed, an equal amount in liquidated damages, and the reasonable attorneys' fees and costs that are continuing to accrue on his behalf during the course of this litigation.

Dated: January 17th, 2013

                        Respectfully submitted,

                        MORGAN & MORGAN, P.A.
                        Counsel for Plaintiff
                        600 N Pine Island Road, Ste. 400
                        Plantation, Florida 33324
                        Telephone:  954-318-0268
                        Facsimile:  954-333-3515

                        **/s/ ANGELI MURTHY**
                        ANGELI MURTHY, ESQ.
                        Fl. Bar Number: 88758
                        E-mail:  Amurthy@forthepeople.com

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 17th, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF which will automatically send copies to all counsel of record.

/s/ ANGELI MURTHY
Angeli Murthy, Esq.