UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**JEREMIE SAINTVIL, on his own
behalf and on behalf of those similarly
situated,**

      **Plaintiff,**

CASE NO.: 1:12-cv-24121-JAL

vs.

**APPLE COMPUTER INC., a Foreign
Profit Corporation, AKA APPLE INC.**

      **Defendants.**     /

### NOTICE OF REFILING AND/OR OF RELATED CASES

In accordance with Docket Entry 15, Plaintiff hereby certifies that the instant action:

__x__ IS      related to the following pending or closed actions before a court or administrative agency, as described in Section 2.15.00 of the Internal Operating Procedures of the Southern District of Florida:

Richardson v. Apple Inc., E.D.Ca, Case No. 2:2012-cv-02032- Action for damages for retaliation, wrongful termination, and intentional infliction of emotional distress; Kenyon Zahner v. Apple Inc., S.D.Fla., Case No. 0:2009:cv-61183 -Action for unpaid overtime wages; SaintVil v. Apple Store Aventura Mall, EEOC Charge No. 510-2013-00059C-discrimination

____ IS NOT      related to the any pending or closed actions before a court or administrative agency, as described in Section 2.15.00 of the Internal Operating Procedures of the Southern District of Florida.

I further certify that I will amend this notice as necessary.

Respectfully submitted this 8<u>th</u> day of February, 2013.

      /s/ ANGELI MURTHY_____
ANGELI MURTHY, ESQ.
FL Bar No.: 088758
MORGAN & MORGAN, P.A.
600 North Pine Island Road
Suite 400
Plantation, Florida 33324
Tel: 954-318-0268
Fax: 954-333-3515
E-Mail: **Amurthy@forthepeople.com**

**Trial Counsel for Plaintiff**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 8th, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF CM/ECF which will automatically send copies to all counsel of record.

.

.

.

      **/s/ ANGELI MURTHY_____**
ANGELI MURTHY, ESQ.