**CIVIL MINUTES/CALENDAR**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**5TH FLOOR   TIME: 9:30 AM**

MAGISTRATE JUDGE **JOHN J. O'SULLIVAN**

Case No. <u>12-24121-CIV-LENARD</u>   Date <u>FEBRUARY 13, 2013</u>   END: 1:56 pm

Clerk <u>CHERLE R. GRIFFIN</u>   Dar No. 13:48:55

Court Reporter <u>N/A</u>

Title of Case <u>SAINTVIL V. APPLE COMPUTER, INC.</u>

P. Attorney(s) <u>ANGELI MURTHY</u>

D. Attorney(s) <u>MADID GONZALEZ</u>

Reason for Hearing <u>SETTLEMENT CONFERENCE</u>

Result of Hearing <u>SETTLEMENT CONFERENCE HELD.</u> Case settled. Order to follow.